UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MEDSCRIPT PBM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV0293 AGF |
| | ) | |
| PROCARE PBM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order entered herein on this day,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 17th day of November, 2008.